THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. CARROLL, Appellant.— Judgment of conviction and order affirmed. No opinion. Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS ELIAS, Appellant, Impleaded with Others.— Judgment of conviction by the County Court of Queens county affirmed under the provisions of section 542 of the Code of Criminal Procedure. Kelly, Jaycox and Young, JJ., concur; Blackmar, P. J., and Kelby, J., vote to reverse on the ground that the defendant did not have a fair trial.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HICKEY, Appellant.— Judgment of conviction by the Court of Special Sessions reversed upon the law and defendant discharged. This court is of opinion that the information is defective in failing to specify the particular acts constituting the offense charged, and that the evidence on which defendant was convicted was insufficient as a matter of law to sustain such conviction. (*People* v. *Corbalis*, 178 N. Y. 516; *People* v. *Lambrix*, 204 id. 261.) Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SUPREME ICE CREAM CO., INC., Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, affirmed. No opinion. Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL F. CULKIN, Relator, v. RICHARD E. ENRIGHT, Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, without costs. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

MARY A. REYNOLDS, Respondent, v. JAMES REYNOLDS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

THOMAS W. ROURKE, Respondent, v. ROBERT S. BICKLEY, Appellant.— Judgment and order reversed upon the law and the facts, and complaint unanimously dismissed, with costs. We are of opinion that under the facts and circumstances shown in the record, the plaintiff has no cause of action against the defendant. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.